United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                          Chapter 13
TIMOTHY HEFFERNAN

Debtor(s)                               Bankruptcy No.  0912617

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this      day of              , 200_ upon
consideration of the Motion to Dismiss filed by William C. Miller,
Standing Trustee, this case is dismissed, and it is further ORDERED,
that  ELLIS B. KLEIN                    counsel for the debtor,
shall file a master mailing list with the clerk of the Bankruptcy
Court, currently updated (if such has not been previously filed);
and it is further

ORDERED, that any wage orders are hereby VACATED.

_____  7-14-09
Hon. Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119

Counsel for Debtor(s)

ELLIS B. KLEIN
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM  PA  19020

Debtor(s)

TIMOTHY HEFFERNAN

15 RIDGE LANE
LEVITTOWN  PA  19055